# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: WANDA MCNEIL                     CHAPTER 7

DEBTORS                                 CASE NO. 18-12973- JDW

## MOTION TO SHORTEN TIME

COMES NOW, the Debtor, Wanda McNeil, by and through her attorney, and moves this Court for an order to shorten time to respond to Debtor's Motion to Incur New Indebtedness (**DKT #20**). The Debtor supports their Motion with the following facts:

1. Debtor desires to purchase another vehicle so she will have reliable transportation to and from work.

2. Debtor requests that the Court shorten the response time to said Motion to ten (10) days.

WHEREFORE, PREMISES CONSIDERED, the Debtor prays that this Court will issue an Order shortening time to respond to said Motion to ten (10) days.

Respectfully submitted, this the 11th day of October, 2018.

>    /s/Robert H. Lomenick                    .
> KAREN B. SCHNELLER, MSB 6558
> ROBERT H. LOMENICK, JR., MSB 104186
> SCHNELLER & LOMENICK, P.A.
> 126 NORTH SPRING STREET
> POST OFFICE BOX 417
> HOLLY SPRINGS, MS 38635
> 662-252-3224/karen.schneller@gmail.com
> rlomenick@gmail.com

# CERTIFICATE OF SERVICE

      I, Robert H Lomenick, attorney for debtor(s), do hereby certify that I have this day mailed a true and correct copy by United States Mail, postage prepaid, of the above and foregoing Motion to Shorten Time to the debtor, the trustee, the U.S. Trustee and all creditors at their respective addresses.

October 11, 2018

                                                 /s/Robert H. Lomenick  
                                               ATTORNEY FOR DEBTOR(S)