# United States Bankruptcy Court
## Northern District of Mississippi

In re  **Wanda McNeil**                                                                  Case No.  **18-12973**
                              Debtor(s)                                                  Chapter   **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **October 16, 2018**, a copy of **Debtor's Motion to Borrow, Notice of Hearing, Responses due by 10/25/2018** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed on the attached Matrix.

**See Matrix Attached**

                                                                **/s/ Robert H. Lomenick**
                                                                **Robert H. Lomenick 104186**
                                                                **Schneller & Lomenick, P.A.**
                                                                **126 North Spring Street**
                                                                **Post Office Box 417**
                                                                **Holly Springs, MS 38635**
                                                                **662-252-3224Fax:662-252-2858**
                                                                **rlomenick@gmail.com**